# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1059. NORTHWEST MEDICAL CENTER, LLC v. DOCTOR'S ANTI-AGING INSTITUTE, INC.**

Doctor's Anti-Aging Institute, Inc., filed garnishment claims against multiple banks seeking to collect a default judgment it had obtained against Northwest Medical Center, LLC ("Northwest Medical"). Northwest Medical sought to challenge the garnishment, claiming the affidavit was insufficient. The trial court denied the claim, and Northwest Medical filed this appeal. We, however, lack jurisdiction.

Appeals in cases involving garnishment must be initiated by an application for discretionary appeal filed with this Court. OCGA § 5-6-35 (a) (4); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). Because Northwest Medical failed to follow the required procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  03/14/2022

        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____ , *Clerk.*